UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:18CV-62-GNS

**MARK KENDALL**          **PLAINTIFF**

v.

**MARLET, INC. a Tennessee Corporation,**
**And MARLET, INC., a Georgia Corporation**      **DEFENDANTS**

---

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

---

The parties having advised the Court that all claims of the parties have been settled, and that Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that the instant matter, and all claims herein, or which could have been brought herein, be, and the same hereby are, dismissed with prejudice and ordered stricken from the docket.

It is so ordered this: November 27, 2018

Greg N. Stivers, Chief Judge
United States District Court

Clerk's Distribution:

All counsel of record